**ROYAL INDEMNITY COMPANY,**
Plaintiff,

v.

**GULF–TO–BAY BANK AND TRUST
COMPANY et al., Defendants-
Appellees,**

v.

**DIMOND–TAGER COMPANY,**
Defendant-Appellant.

**No. 27642.**

United States Court of Appeals
Fifth Circuit.

Oct. 27, 1969.

Charles W. Pittman, Macfarlane, Ferguson, Allison & Kelly, Tampa, Fla., for appellant.

John R. Bonner, Wolfe, Bonner & Hogan, Clearwater, Fla., for appellees.

Before JOHN R. BROWN, Chief Judge, JONES and CARSWELL, Circuit Judges.

PER CURIAM:

Royal Indemnity Company brought an interpleader action for the purpose of ascertaining the persons entitled to the proceeds of insurance payable as a result of a fire loss upon property which it had insured. The district court held that Gulf-to-Bay Bank and Trust Company which held a mortgage upon the insured property was entitled to the proceeds of the insurance. The district court's judgment is free from error and is

Affirmed.